IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No.: 1:10mj311 |
| v. | : |
| | : 18 U.S.C. §1924 (Unauthorized Removal |
| MICHELLE J. NEELY, | : and Retention Of Classified Material -- |
| Defendant. | : Class A Misdemeanor) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about December 22, 2009 and January 6, 2010, in the Eastern District of Virginia, the defendant MICHELLE J. NEELY, being an employee of the United States, and, by virtue of her employment, became possessed of documents and materials containing classified information of the United States, did unlawfully and knowingly remove such documents and materials without authority and with the intent to retain such documents and materials at unauthorized locations in her government vehicle and at her personal residence in Burke, Virginia, aware that these locations were unauthorized for the storage and retention of such classified documents when she was not physically present.

(In violation of Title 18, United States Code, Section 1924)

Neil H. MacBride
United States Attorney

Ronald L. Walutes, Jr.
Assistant United States Attorney