**REDACTED**

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                **U.S. District Court**

**Place of Offense:**      Under Seal: Yes ___ No X     Judge Assigned: _____

City    Burke           Superseding Indictment _____ Criminal Number: _____

County/Parish   Fairfax      Same Defendant _____ New Defendant _____

                              Magistrate Judge Case Number   1:10 MJ 311   Arraignment Date: _____

                              Search Warrant Case Number _____

                              R 20/R 40 from District of _____

**Defendant Information:**

Juvenile — Yes ___ No X   FBI # _____

Defendant Name: Michelle J. Neely     Alias Name(s) _____

Address: _____

Employment: _____

Birth date __1972__ SS# __552 3__ Sex F Def Race _____ Nationality _____ Place of Birth _____

Height _____ Weight _____ Hair _____ Eyes _____ Scars/Tattoos _____

     Interpreter: __No__ ___Yes List language and/or dialect: _____ Automobile Description _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody

___ Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested

___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond _____

**Defense Counsel Information:**

Name: _____ ___ Court Appointed     Counsel conflicted out: _____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA   Ron Walutes     Telephone No:   703-299-3700     Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI - SA Ashley Hunt

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 USC § 1924 | Unauthorized removal/retention of classified material | 1 | misdemeanor |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: __5/26/10__     Signature of AUSA: _____