IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:10MJ311 |
| | ) | |
| MICHELLE J. NEELY, | ) | The Honorable Thomas Rawles Jones, Jr. |
| Defendant. | ) | |

**GOVERNMENT'S POSITION ON SENTENCING**

COMES NOW the United States of America by its United States Attorney for the Eastern District of Virginia, Neil H. MacBride, and Assistant United States Attorney Ronald L. Walutes, Jr., and respectfully files the government's position on sentencing.

**Procedural History of the Case**

1. The defendant, Michelle J. Neely, pled guilty to the Unauthorized Removal and Retention of Classified Material before this Court on May 28, 2010.

2. The presentence report prepared in this case is thorough and detailed and does an excellent job capturing the facts of this case. The guideline sentencing range in this case is 0 to 6 months. The government believes that the guidelines are properly calculated in this case. The government respectfully asks this Court to impose an appropriate sentence within this range. The report details the challenges confronting this defendant as well as the opportunities she received in the past to conform her behavior to the absolute requirements of protecting classified material. She failed to protect this classified material entrusted to her and for that she is before this Court for sentencing..

WHEREFORE, the government respectfully requests that this Court fashion an appropriate sentence in this case.

        Respectfully submitted,

        Neil H. MacBride
        United States Attorney

By: _____/s/_____
        Ronald L. Walutes, Jr.
        Virginia Bar No.: 26312
        Attorney for the United States of America
        United States Attorney's Office
        Justin W. Williams United States Attorney's Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: 703-299-3700
        Fax: 703-739-9556
        Email: ron.walutes@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I electronically filed the Government's Motion in Aid of Sentencing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) on August 31, 2010, to

Christian Erik Jurgenson, Esquire
2200 Clarendon Boulevard,
Arlington, Virginia 22201

Counsel for the defendant

A copy was also sent, by email, to United States Probation Officer Tracey M. White.

By: _____/s/_____
Ronald L. Walutes, Jr.
Virginia Bar No.: 26312
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-739-9556
Email: ron.walutes@usdoj.gov